**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6938**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JOEY LAMOND BRUNSON,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Sol Blatt, Jr., Senior District Judge.  (5:04-cr-00307-SB-1)

———————

Submitted:  September 10, 2009     Decided:  September 15, 2009

———————

Before KING, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joey Lamond Brunson, Appellant Pro Se.  Eric John Klumb, Peter Thomas Phillips, Assistant United States Attorneys, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Lamond Brunson appeals the district court's order granting his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error and we thus affirm for the reasons stated by the district court. United States v. Brunson, No. 5:04-cr-00307-SB-1 (D.S.C. May 5, 2009). We deny Brunson's motion for summary disposition, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2